UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Terry L. Bell, | Case No.: 0:13-cv-00371-RHK-TNL |
| Plaintiff, | |
| -vs- | NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| Trans Union, LLC; Residential Credit Solutions, Inc.; and Equifax Information Services, LLC, | |
| Defendants. | |

Defendant Equifax Information Services, LLC ("Equifax") submits its Notice of Withdrawal and Substitution of Counsel pursuant to Local Rule 83.7(b) on behalf of Andrew T. Shern and Chris Angell of Murnane Brandt, P.A. as counsel for Equifax in the above-captioned action.

In support of this Notice, Equifax states as follows:

1. Andrew T. Shern and Chris Angell of Murnane Brandt, P.A. are withdrawing as counsel of record for Equifax;

2. Joseph W. Lawver of Messerli & Kramer, P.A. affirms that he will now be representing Equifax;

3. The names and addresses and signatures of the withdrawing attorneys and substituting attorneys are listed below;

4. This withdraw and substitution will not delay the trial or other progress of the case; and

5.   This notice is being filed and served at least 90 days before trial.

WHEREFORE, Equifax respectfully moves the Court for an Order allowing the withdrawal of Andrew T. Shern and Chris Angell of Murnane Brandt, P.A. and the substitution of Joseph W. Lawver of Messerli & Kramer, P.A. on behalf of Equifax. All further notice to counsel for Equifax should be served upon Equifax's local counsel, Mr. Lawver, at the address indicated below.

MURNANE BRANDT, P.A.

Dated: January 6, 2014

Andrew T. Shern #100316
Chris Angell #319624
Withdrawing Attorneys for Defendant
Equifax Information Services, LLC
30 East 7th Street, Suite 3200
Saint Paul, MN 55101
Phone: (651) 227-6411
E-mail: ashern@murnane.com
         cangell@murnane.com

MESSERLI & KRAMER, P.A.

Dated: 1/6, 2014

Joseph W. Lawver #151269
Substituting Attorneys for Defendant
Equifax Information Services, LLC
1400 Fifth Street Towers
100 South Fifth Street
Minneapolis, Minnesota 55402
Phone: (612) 672-3600
E-mail: jlawver@messerlikramer.com

1801815

2