# Felhaber :: Larson

Donald G. Heeman
612-373-8524
Fax: 612-373-0535
E-mail: dheeman@felhaber.com
Reply to Minneapolis Office

May 8, 2014

The Honorable Tony N. Leung  **VIA ECF and U.S. MAIL**
United States Magistrate Judge
U.S. District Court – District of Minnesota
Warren E. Burger Federal Courthouse
316 North Robert Street, Suite 342
St. Paul, MN 55101

RE: **Bell v. Trans Union, LLC, et al.: Plaintiff's Pending Motion for Leave**
    **Court File No. 13-CV-371 (RHK/TNL)**

Your Honor:

Pursuant to the instructions of your Chambers, we are writing on behalf of Defendant Residential Credit Solution, Inc. ("RCS") to request permission to file corrected copies of RCS's Memorandum in Opposition to Plaintiff's Motion for Leave to Amend Complaint to Plead State Law Punitive Damages [Docket No. 56] and the Affidavit of Kimberly Brouse [Docket No. 57]. These submissions relate to Plaintiff's Motion for Leave [Docket No. 50], which was heard by Your Honor on April 16, 2014, and is presently under advisement.

RCS respectfully requests permission to re-file these submissions in order to correct an inadvertent misstatement of fact contained in both. Specifically, the statements contained on page 10 of RCS's original Memorandum and page 4 of Ms. Brouse's Affidavit that RCS discovered and corrected an error relating to a fee charged to Plaintiff in August 2013 before receiving notice of the error from Plaintiff is incorrect, as internal records suggest that RCS may have received a correspondence from Plaintiff shortly before the error was corrected.

RCS seeks to correct this issue so as to ensure that the misstatement does not factor into the Court's decision on Plaintiff's pending motion. We apologize for any confusion or inconvenience that this may have caused the Court or counsel. Thank you for your consideration.

Yours very truly,

*[signature]*
Donald G. Heeman

Enclosures
cc: John Goolsby, Counsel for Plaintiff Terry L. Bell (via e-mail)
    Ian Smith, Counsel for Defendant Equifax Information Services, LLC (via e-mail)

**Minneapolis**                                **felhaber.com**                    **St. Paul**
220 South Sixth Street, Suite 2200                                                 444 Cedar Street, Suite 2100
Minneapolis, MN 55402-4504                                                         St. Paul, MN 55101-2136
612 339 6321  ||  fax 612 338 0535                                                 651 222 6321  ||  fax 651 222 8905

622417.v1