# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Terry L. Bell,                                         Civil No. 13-371 (RHK/TNL)

        Plaintiff,

**ORDER OF DISMISSAL**

v.

Residential Credit Solutions, Inc.,
Equifax Information Services LLC,

        Defendants.

---

Counsel for the parties have advised the Court that an amicable settlement has been reached in this matter. Accordingly, **IT IS ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE** on the merits, with counsel retaining the right to move for reinstatement within 90 days upon presentation of adequate proof that the settlement could not be consummated.

It is **FURTHER ORDERED** that all motions currently pending are **DENIED WITHOUT PREJUDICE**. Any movant seeking to resubmit or re-urge those motions must do so within 10 days from the date any motion for reinstatement is filed.

Dated: July 14, 2014

                                                  s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge